IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONATA MATTHEWS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY BEARD, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 11 – 221J<br><br>Chief Magistrate Judge Lisa Pupo Lenihan |

# ORDER

**AND NOW,** this 27th day of March, 2013;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 55) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice. Plaintiff is not permitted to further amend his complaint as it is clear that granting him leave to do so would be futile. *See* Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc., 482 F.3d 247, 251 (3d Cir. 2007); *see also* Alston v. Parker, 363 F.3d 229, 235 (3d Cir. 2004) (asserting that where a complaint is vulnerable to dismissal pursuant to 12(b)(6), the district court must offer the opportunity to amend unless it would be inequitable or futile).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Konata Matthews
    EL-4568
    SCI Houtzdale
    P.O. Box 1000
    Houtzdale, PA  16698

    Counsel of Record