# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KONATA MATTHEWS, ) | Civil Action No. 11 – 221J |
| Plaintiff, ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| JEFFREY BEARD, *et al.*, ) | |
| Defendants. ) | |

## ORDER

**AND NOW,** this 27th day of March, 2013;

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 55) is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed with prejudice. Plaintiff is not permitted to further amend his complaint as it is clear that granting him leave to do so would be futile. *See* Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc., 482 F.3d 247, 251 (3d Cir. 2007); *see also* Alston v. Parker, 363 F.3d 229, 235 (3d Cir. 2004) (asserting that where a complaint is vulnerable to dismissal pursuant to 12(b)(6), the district court must offer the opportunity to amend unless it would be inequitable or futile).

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Konata Matthews
 EL-4568
 SCI Houtzdale
 P.O. Box 1000
 Houtzdale, PA 16698

 Counsel of Record